UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC, :
: Case No. 1:19-cv-11462-LAP
Plaintiff, :
:
vs. :
:
:
JOHN DOE subscriber assigned IP address :
67.254.247.151, :
:
Defendant. :
------------------------------------------------------------------X

### ▅▅▅▅▅▅ ORDER ON DEFENDANT'S OBJECTION TO DISCLOSURE

**THIS CAUSE** came before the Court upon Defendant Objection to Disclosure, and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Defendant's Objection to Disclosure, to the extent it seeks to quash or modify the subpoena, is denied.

2. Defendant shall be allowed to remain pseudonymous as "John Doe" throughout this litigation unless and until the Court orders otherwise. Plaintiff shall not disclose Defendant's name or address in any filing on the public docket.

**DONE AND ORDERED** this  2nd  day of _____March_____, 2020.

By: _____*Loretta A. Presky*_____
**UNITED STATES DISTRICT JUDGE**

1