**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION**

STRIKE 3 HOLDINGS, LLC,

           Plaintiff,

v.                                 Case No. 1:19-cv-11462-LAP

JOHN DOE, subscriber assigned IP         Judge Loretta A. Preska
address 67.254.247.151,

           Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 67.254.247.151. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  March 17, 2020                Respectfully submitted,

                                   By:    /s/ *Jacqueline M. James*
                                   Jacqueline M. James, Esq. (1845)
                                   The James Law Firm, PLLC
                                   445 Hamilton Avenue, Suite 1102
                                   White Plains, New York 10601
                                   T:  914-358-6423
                                   F:  914-358-6424
                                   E-mail: jjames@jacquelinejameslaw.com
                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jacqueline M. James*
Jacqueline M. James